# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NICOLE L. POFF,

Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

No. 3:25-CV-00308

(Chief Judge Brann)

(Magistrate Judge Caraballo)

## ORDER

**MARCH 10, 2026**

Nicole L. Poff filed this action seeking review of a decision by the Commissioner of Social Security ("Commissioner") denying Poff's claim for disability insurance benefits and supplemental security income benefits.[1] On January 13, 2026, Magistrate Judge Phillip J. Caraballo issued a Report and Recommendation recommending that this Court affirm the Commissioner's decision.[2] No timely objections were filed to this report and recommendation.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[3] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in

---

[1]    Docs. 1, 13.

[2]    Doc. 17.

[3]    Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

part—the findings or recommendations made by the magistrate judge.[4] Upon review of the record, the Court finds no error in Magistrate Judge Caraballo's conclusion that the Commissioner's decision is supported by substantial evidence. Consequently, **IT IS HEREBY ORDERED** that:

1.  Magistrate Judge Phillip J. Caraballo's Report and Recommendation (Doc. 17) is **ADOPTED**;

2.  The Commissioner's decision is **AFFIRMED**;

3.  Final Judgment is entered in favor of Defendant and against Poff pursuant to Fed. R. Civ. P. 58 and sentence four of 42 U.S.C. § 405(g); and

4.  The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[4]    28 U.S.C. § 636(b)(1); Local Rule 72.31.

2